E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHELLE A. PAVELEK
Special Assistant United States Attorney
CA State Bar No.: 300642
   Social Security Administration
   Office of Program Litigation, Office 7
   6401 Security Boulevard
   Baltimore, MD 21235
Tel: (510) 970-4862
Fax: (415) 744-0134
E-mail: michelle.a.pavelek@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MIKWAN JEROME JONES, | No. 2:23-cv-10420-PA-DTB |
|     Plaintiff, | |
|       v. | **JUDGMENT OF REMAND** |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
|     Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

/ / /

/ / /

/ / /

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: May 22, 2024

                                              Percy Anderson
                                              UNITED STATES DISTRICT JUDGE